IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**KING JACK STRONG,**

    Plaintiff,

vs.                                    Case No. 4:07cv56-RH/WCS

**PRISON HEALTH SERVICES,**
**et. al,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk.

    In an order filed September 9, 2007, Plaintiff was directed to file a second amended complaint by October 12, 2007, and warned him of dismissal if he failed to respond. Doc. 15. On September 17, 2007, Plaintiff's copy of that order was returned to the clerk's office undelivered. A check with Leon County Jail revealed that the Plaintiff was released on August 23, 2007, and the forwarding address of 911 Tanner Drive, Tallahassee, Florida 32310 was given to Chambers. On September 19, 2007, the Clerk's office re-mailed the September 9, 2007, order to Plaintiff's forwarding

address.  Doc. 17.  To date, that order has not been returned and no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS at Tallahassee, Florida, on October 23, 2007.**

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.