IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KING JACK STRONG,

    Plaintiff,

v.                                            CASE NO. 4:07cv56-RH/WCS

PRISON HEALTH SERVICES,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 18), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed without prejudice. The clerk shall enter judgment and close the file.

SO ORDERED this 30th day of November, 2007.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge